IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 08-cv-02414-MEH-KLM　　　　　　　　Date:　March 25, 2009
Courtroom Deputy: Cathy Coomes　　　　　　　　　　**FTR – Courtroom C203**

JAMES B. GILTNER,　　　　　　　　　　　　　　　Richard M. Kaudy

　　　Plaintiff,

vs.

UNUM LIFE INSURANCE COMPANY OF AMERICA,　　Gillian McKean Bidgood

　　　Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:** 　　10:00 a.m.

Court calls case. Appearances of counsel.

Argument and discussion regarding Defendant's Unopposed Motion for Protective Order and Unopposed Motion to Modify Scheduling Order (Doc. #20, filed 3/16/09).

**ORDERED:** For reasons stated on the record, Defendant's Unopposed Motion for Protective Order and Unopposed Motion to Modify Scheduling Order (Doc. #20, filed 3/16/09) is GRANTED in part and DENIED in part as follows:

- This case is stayed until **May 4, 2009,** at which time, in the event there is an issue to litigate, discovery will commence.

- Discovery cutoff is **June 15, 2009.**

- Defendant's brief regarding applicability of ERISA is due by **July 13, 2009.**

- Plaintiff's response to the applicability of ERISA is due by **August 3, 2009.**

- Defendant's reply regarding ERISA, if any, is due by **August 17, 2009.**

**ORDERED:** A Status Conference is set for **September 4, 2009, at 9:30 a.m.**

**Court in recess:** **10:15 a.m. (Hearing concluded)**
**Total time in court:** 0:15