IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02414-MEH-KLM

JAMES B. GILTNER,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Stipulation to Dismiss with Prejudice [filed September 3, 2009; docket #36], which the Court construes as filed pursuant to Fed. R. Civ. P. 41(a). The Stipulation states that the matter has been resolved.

Accordingly, it is ORDERED that this matter is **dismissed with prejudice**, and all parties are to pay their own attorney's fees and costs.

Dated at Denver, Colorado this 4th day of September, 2007.

                                                  BY THE COURT:

                                                  */s/ Michael E. Hegarty*

                                                  Michael E. Hegarty
                                                  United States Magistrate Judge